# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-2835

_____

CORDERRO RYAN BRITTEN,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Bay County.
Michael C. Overstreet, Judge.

September 12, 2019

PER CURIAM.

The appeal is dismissed as untimely. *See* Fla. R. App. P. 9.110(b). Any request for belated appeal must be filed pursuant to Florida Rule of Appellate Procedure 9.141(c). In light of this opinion dismissing the appeal, all pending motions are denied as moot.

ROBERTS, BILBREY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Corderro Ryan Britten, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.